Argued and submitted September 3, affirmed September 30, 2015, petition for review allowed March 24, 2016 (358 Or 833)

Stacie PHILIBERT,
in her capacity as guardian *ad litem* for
Cameron Hollenbeck-Hatch and
Domanick Hollenbeck-Hatch,
*Plaintiff-Appellant,*

*v.*

Dennis Dixon KLUSER,
*Defendant-Respondent.*

Jefferson County Circuit Court
13CV01410; A156192

361 P3d 610

Kathryn H. Clarke argued the cause for appellant. With her on the briefs was Tim Williams.

Flavio A. Ortiz argued the cause for respondent. With him on the brief were Martin M. Rall and Lachenmeier Enloe Rall & Ortiz.

Before Lagesen, Presiding Judge, and Nakamoto, Judge, and Garrett, Judge.

PER CURIAM